Wednesday,
December 4.

BURRISS *v.* TAGUE.

APPEAL from the *Boone* Common Pleas.

*Per Curiam.*—Suit by *Tague* against the appellant. Judgment for the plaintiff.

There is no exception in the record, except that taken to the overruling of a motion for a new trial.

It does not appear that any written reasons for a new trial were filed; none are contained in the record.

The judgment is affirmed, with 5 per cent. damages and costs.

*O. S. Hamilton,* for the appellant.

*A. J. Boone,* for the appellee.